UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

TIFFANY DOBERSTEIN
on behalf of herself and all
others similarly situated,

      Plaintiff,

v.

EAST WISCONSIN SAVINGS BANK,

      Defendant.

Case No. 18-cv-1931

---

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Tiffany Doberstein, by her counsel, Walcheske & Luzi, LLC, hereby moves the Court pursuant to Fed. R. Civ. P. 56 and Civil L.R. 56.1 for summary judgment as follows:

- As to her Second Claim for Relief: "Violation of the FLSA – Unpaid Overtime (Plaintiff on behalf of herself and the FLSA Collective (Non-Discretionary Compensation))," there are no genuine issues of material fact and Ms. Doberstein is entitled to judgment as a matter of law.

- As to her Fifth Claim for Relief: "Violation of the WWPCL – Unpaid Overtime (Plaintiff on behalf of herself and the Wisconsin Class (Non-Discretionary Compensation))," there are no genuine issues of material fact and Ms. Doberstein and a putative class consisting of all other hourly-paid, non-exempt employees who are or have been employed by Defendant within two (2) years immediately prior to the filing of the Complaint (ECF No. 1) and who received non-discretionary forms of compensation in addition to regular wages that were not included in their regular rates of pay for overtime calculation purposes, are entitled to judgment as a matter of law.

This Motion is supported by Plaintiff's Omnibus Brief in Support of Motions, Plaintiff's Proposed Findings of Fact in Support of Her Motion for Summary Judgment, and the Declaration of David M. Potteiger.

Dated this 11th day of July, 2019

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

s/ *David M. Potteiger*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
15850 West Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
dpotteiger@walcheskeluzi.com