UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

TIFFANY DOBERSTEIN
on behalf of herself and all
others similarly situated,

      Plaintiff,

v.

EAST WISCONSIN SAVINGS BANK,

      Defendant.

Case No. 18-cv-1931

---

## PETITION TO DISMISS CERTAIN CLAIMS FOR RELIEF

Plaintiff, Tiffany Doberstein, hereby petitions this Court pursuant to FED. R. CIV. P. 41(a)(2) for dismissal of First Claim for Relief, Third Claim for Relief, and Fourth Claim for Relief with prejudice and without costs to either party.

Dated this 11th day of July, 2019

                                            s/ ***David M. Potteiger***
                                            James A. Walcheske, State Bar No. 1065635
                                            Scott S. Luzi, State Bar No. 1067405
                                            David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
15850 W. Bluemound Rd., Suite 304
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
dpotteiger@walcheskeluzi.com