UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

TIFFANY DOBERSTEIN
on behalf of herself and all
others similarly situated,

      Plaintiff,                                    Case No. 18-cv-1931

      v.

EAST WISCONSIN SAVINGS BANK,

      Defendant.

---

## PLAINTIFF'S MOTION FOR
## LEAVE TO FILE DOCUMENTS WITH RESTRICTED ACCESS

---

Plaintiff, Tiffany Doberstein, by and through her attorneys, Walcheske & Luzi, LLC, moves the Court for an order granting her leave to file the designated exhibit to the Declaration of David M. Potteiger with access restricted to case participants including this Court and its staff. The designated exhibit, or portions thereof, contains confidential and personal identifying information including personal addresses and employee identification numbers. Therefore, good cause exists to file said exhibit with restricted access, at least on a temporary basis.

WHEREFORE, for the foregoing reasons, Plaintiffs request that the Court enter an Order allowing Plaintiff to file the designated exhibit under with restricted access.

Dated this 12th day of July, 2019

                                                WALCHESKE & LUZI, LLC
                                                Counsel for Plaintiff

                                                s/ ***David M. Potteiger***
                                                James A. Walcheske, State Bar No. 1065635
                                                Scott S. Luzi, State Bar No. 1067405
                                                David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
15850 W. Bluemound Rd., Suite 304
Brookfield, Wisconsin 53005
Phone: (262) 780-1953
Fax: (262) 565-6469
jwalcheske@walcheskeluzi.com
sluzi@walcheskeluzi.com
dpotteiger@walcheskeluzi.com