UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

TIFFANY DOBERSTEIN
on behalf of herself and all
others similarly situated,

       Plaintiff,                                         Case No. 18-cv-1931

       v.

EAST WISCONSIN SAVINGS BANK

       Defendant

## FINAL ORDER APPROVING SETTLEMENT

WHEREAS, the Court having entered its Order Granting Preliminary Approval of Class Action Settlement and Certifying Class Pursuant to Fed. R. Civ. P. 23 (ECF No. 24) and the parties having come before this Court on November 25, 2019 for Final Approval of Class Action Settlement and Certifying Class Pursuant to Fed. R. Civ. P. 23,

IT IS HEREBY ORDERED:

1. Final certification of a class of all hourly-paid, non-exempt employees who are or have been employed by Defendant within three (3) years immediately prior to the filing of the Complaint (ECF No. 1) and who received non-discretionary forms of compensation in addition to regular wages that were not included in their regular rates of pay for overtime calculation purposes is granted;

2. The Settlement Agreement constitutes a fair and reasonable resolution of a *bona fide* dispute between Defendant and the class during the relevant timeframe;

3. The Settlement Agreement is declared to be binding on Defendant, Doberstein, and all individuals who have not filed a Statement of Exclusion from the class ("the Class Members");

4. The released claims are deemed dismissed with prejudice as apply to Doberstein and the Class Members and Doberstein and the Class Members are permanently barred from filing or prosecuting against Defendant and all released parties any claims according to the applicable releases described in the Settlement Agreement;

5. As set forth in the parties' filings, the Court finds that Doberstein's Service Award in the amount of $2,500 is reasonable and, therefore, is approved;

6. As set forth in the parties' filings, the Court finds that Class Counsel's requested fee award in the amount of $25,000 is consistent with the rates of other attorneys in the community and approved rates in similar matters before the Court. The Court finds the attorney fee amount requested to be reasonable and fair compensation for counsel given the extent of work in representing the collective and the result it obtained;

7. The Clerk is directed to close this case based on the parties' settlement agreement. However, the Court will retain jurisdiction for purposes of monitoring and enforcing the settlement agreement until the entire settlement fund is disbursed.

Dated at Green Bay, Wisconsin this 26th day of November, 2019.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court